# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| John R Bonner Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00264-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Neighborhood Assistance Corporation of America Long Term Disability Plan Neighborhood Assistance Corporation of America Lincoln National Life Insurance Company, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2017 Order.

April 12, 2017

_____
Frank G. Johns, Clerk
United States District Court